PROVIDED TO
HAMILTON CI

NOV 0 4 2020

RECEIVED BY *Um*
FOR MAILING

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA

## CIVIL RIGHTS COMPLAINT FORM FOR
## PRO SE, PRISONER LITIGANTS IN ACTIONS UNDER
## 28 U.S.C. § 1331 or § 1346 or 42 U.S.C. § 1983

DYTRELL JONES                    ,

Inmate ID Number: M75660         ,

_____
*(Write the full name and inmate ID*
*number of the Plaintiff.)*

Case No.: 4:20cv 535-AW/MAF
*(To be filled in by the Clerk's Office)*

v.

FLORIDA DEPARTMENT OF            ,

CORRECTIONS, ET AL              ,

**Jury Trial Requested?**
X YES   ☐ NO

_____
*(Write the full name of each*
*Defendant who is being sued. If the*
*names of all the Defendants cannot*
*fit in the space above, please write*
*"see attached" in the space and*
*attach an additional page with the*
*full list of names. Do not include*
*addresses here.)*
_____  /

FILED USDC FLND TL
NOV 12 '20 PM 3:00

CLERK'S COPY

## I. PARTIES TO THIS COMPLAINT

### A. Plaintiff

Plaintiff's Name: *Dytrell Jones*     ID Number: *M75660*

List all other names by which you have been known: *Inmate Jones*

Current Institution: *Hamilton Correctional Institution, Annex*

Address: *10650 SW 46 Street*

*Jasper, Fl. 32052*

### B. Defendant(s)

State the name of the Defendant, whether an individual, government agency, organization, or corporation.   For individual Defendants, identify the person's official position or job title, and mailing address.   Indicate the capacity in which the Defendant is being sued.  Do this for *every* Defendant:

1. Defendant's Name: *JM Carter    / J Carter*

   Official Position: *Major*

   Employed at: *Hamilton Correctional Institution, Annex*

   Mailing Address: *10650 SW 46 Street*

   *Jasper, Fl. 32052*

   ☒ Sued in Individual Capacity        ☒ Sued in Official Capacity

2. Defendant's Name: POLK

   Official Position: WARDEN

   Employed at: HAMILTON CORRECTION INSTITUTION, ANNEX

   Mailing Address: 10650 SW 46 STREET

   JASPER, FL. 32052

   X Sued in Individual Capacity          X Sued in Official Capacity

3. Defendant's Name: PARRISH

   Official Position: ASSISTANT WARDEN

   Employed at: HAMILTON CORRECTIONAL INSTITUTION, ANNEX

   Mailing Address: 10650 SW 46 STREET

   JASPER, FL. 32052

   X Sued in Individual Capacity          X Sued in Official Capacity

*(Provide this information for all additional Defendants in this case by*

*attaching additional pages, as needed.)*

## II. BASIS FOR JURISDICTION

Under 42 U.S.C. § 1983, you may sue state or local officials for the
"deprivation of any rights, privileges, or immunities secured by the
Constitution" and federal law.  Under *Bivens v. Six Unknown Named Agents of*
*Federal Bureau of Narcotics,* 403 U.S. 388 (1971), you may sue federal
officials for the violation of certain Constitutional rights.

NDFL Pro Se 14 (Rev 12/16) Civil Rights Complaint Prisoner
Clerk:Admin/Official/Forms

3

Are you bringing suit against (*check all that apply*):

☐ Federal Officials (*Bivens case*)      ☒ State/Local Officials (*§ 1983 case*)

## III. PRISONER STATUS

Indicate whether you are a prisoner, detainee, or in another confined status:

☐ Pretrial Detainee          ☐ Civilly Committed Detainee

☒ Convicted State Prisoner   ☐ Convicted Federal Prisoner

☐ Immigration Detainee       ☐ Other (*explain below*):

_____

_____

## IV. STATEMENT OF FACTS

Provide a short and plain statement of the *facts* which show why you are entitled to relief.  Describe how *each* Defendant was involved and what each person did, or did not do, in support of your claim.  Identify when and where the events took place, and state how each Defendant caused you harm or violated federal law.  Write each statement in short numbered paragraphs, limited as far as practicable to a single event or incident.  ***Do not make legal argument, quote cases, cite to statutes, or reference a memorandum.***  You may make copies of the following page if necessary to supply all the facts. Barring extraordinary circumstances, no more than five (5) additional pages

should be attached. *Facts not related to this same incident or issue must be addressed in a separate civil rights complaint.*

The Plaintiff While In The Care, Custody, And Control Of FDC Is A S-3 Inmate (Mental Health Grade) Due To The Plaintiff Being Mentally Impaired, With A Extraordinary Extensive Severe Mental Health Record, Prior To And Currently While In The Custody Of FDC. As Of Feb. 7, 2020 The Plaintiff's Been Housed At Hamilton C.I. Annex. The Plaintiff Is In Administrative Confinement Under Investigation Pending No Disciplinary Actions; Close Management; Or New Criminal Offense(s) While The Plaintiff Was Housed In Golf Dorm Cell 2209ᴸ The Toilet Continously Clog's Limiting The Plaintiff Opportunities To Urinate And/Or Deficate. The Sink Drainage Has Foul Sicken Smell And Throughout The Day Insects Crawl Out The Drainage. The Spicket On The Sink Has Green, White, And Black Molo/Mildew On It. This Is Where The Plaintiff Has To Drink From When Thirsty Besides The Daily Three 8oz Cups Of Fortified Beverage Is Provided Each Meal. The Plaintiff Has Been Involuntarily Subjected To Being Confine In A Cell 24 Hours A Day Excluding Call-Outs, 3 Showers A Week And Once A Week Outdoor Recreation. Caustics Are Provided To Every Dorm On Weekdays, Cell Clean Up Are Once A Week If Not Every Few Weeks. Defendants' Polk, J. Carter, And Parrish Does Inspection On A Continuos Basis At Times Nearly

**Statement of Facts Continued** *(Page 2 of 4 )*

The Entire Week. The Plaintiff Has Attempted To Address These Concerns To Defendants Polk, Parrish, And J. Carter Who Instructs The Plaintiff To Stand Under The Cell Light, Class A, In A Bias Manner Causing The Plaintiff To Experience Spontaneous Psychotic Episodes In A Fashion Of Uncontrolable Outburst(s). The Results Vary From Administering Chemical Agents, Cell Extraction, Strip/Property Restriction (Placing A Inmate In A Cell In Just Boxers, Nothing Moveable In The Cell) For A Minimum Of 72 Hours. Early To Mid August 2020 The Plaintiff Declared A Psychological Emergency Due To The Filth Of Confinement. Upon The Plaintiff Returning Back To His Cell The Cellmate Refused To Allow The Plaintiff Back In The Cell. The Plaintiff Was Put In The Mildew Infested Shows For Nearly 8 Hours If Not More. The Plaintiff Attempted To Speak To Defendant J. Carter About Being Held In Filth But To No Avail The Plaintiff Was Ignored. When The Defendants, Polk, Parrish, And J. Carter, Make Their Routine Rounds The Plaintiff Attempts To Address The Issue's Of The Living Conditions Of Confinement Once Moved To Hotel Dorm. The Plaintiff's Current Cell H-3106² Has Mold And Mildew That's Inhaled That's Caked Up In The Window And Cell Vent. Mildew Caked On The Walls Visibile Through

**Statement of Facts Continued** *(Page 3 of 4)*

Painted Walls. In The Corners Of The Cell There's Mildew On The Floor. The Plaintiff Had To Block Areas Of The Wall With Soap And Tooth Paste To Stop Insects From Entering The Cell From Outside The Dorm. The Plaintiff Has To Use His Uniform And Bed Linen To Block Open Areas Of The Cell Door To Prevent Rodents And Insects From Entering. As Of Sept. 23, 2020 Dating Back Nearly 5 Weeks No Cell Clean Up Has Been Done. The Plaintiff Attempted To Address This Issue With Defendants: Polk, Parrish, J. Carter, But Was Ignored When This Situation Could Have Been Evaluated And Taken Care Of. The Plaintiff Went Into A Psychotic Episode Yelling "I Can Get Sick Drinking From This Mildew Infested Sink, I Am A Human And Deserved To Be Treated Like One, What Are Yall Inspecting Every Week.... Yall Walk By Like Yall Are Scientist Studying Lab Rats That Are Being Tested." It Was Of More Importance To Discipline The Plaintiff Than Adhere To His Concerns. Defendant J. Carter Had Chemical Agents Used Assaulting The Plaintiff, Then Placed The Plaintiff On Strip/Property Restriction For Five Days. The Plaintiff Who Already Submitted A Sick Call For A Skin Infection Contracted From The Filth

STATEMENT OF FACTS CONTINUANCE   4 OF 4 PAGE

OF HIS CELL, AND WAS GIVEN CALAMINE LOTION AND THERAPUTIC

GEL SHAMPOO. THIS INFECTION HAS CAUSED THE PLAINTIFF EXCRUCIATING

PAIN IN THE INFECTED AREAS OF HIS SKIN. NEVER ARE THE CELLS

GIVEN THE ATTENTION NEEDED WHEN THE PLAINTIFF ATTEMPTS TO

ADDRESS THE ISSUE TO DEFENDANTS POLK, PARRISH, AND J.CARTER, HE'S

ORDERED TO STAND UNDER THE LIGTH FIXURE IN HIS CELL. WITH BEING

FORCED TO BREATHE IN THE SICKENING SMELL OF MOLD/MILDEW BLOWED

THROUGH THE CELL VENT, THE CONDITIONS HAVE BEEN BROUGHT TO THE

DEFENDANTS, POLK, PARRISH, J.CARTER, ATTENTION, NOTHING HAS CHANGED

EVEN AFTER GRIEVING THE ISSUE. THE PLAINTIFF HAS BEEN EXPERIENCING

PSYCHOTIC OUTBURST EPISODES IDENTIFIED AS "ANTI SOCIAL DISORDER"

DUE TO NOT BEING ABLE TO COPE WITH THE CONTINUUM CONDITIONS

OF FILTH, RODENTS, INSECTS, AND ATTITUDES OF DEFENDANT'S POLK,

PARRISH AND J. CARTER, WHILE IN THE COVID-19 PANDEMIC.

## V. STATEMENT OF CLAIMS

State what rights under the Constitution, laws, or treaties of the United States have been violated.  Be specific.  If more than one claim is asserted, number each separate claim and relate it to the facts alleged in Section III.  If more than one Defendant is named, indicate which claim is presented against which Defendant.

*Defendant, Polk, while acting under color of state law in his official capacity as a prison warden, plaintiff sues in his individual capacity for failure to intervene while in a position to so in seeking to evaluate the inhumane living conditions to accommodate with sanitation procedure (See Continuance Page)*

## VI. RELIEF REQUESTED

State briefly what relief you seek from the Court.  Do not make legal arguments or cite to cases/ statutes.  If requesting money damages *(either actual or punitive damages)*, include the amount sought and explain the basis for the claims.

*Wherefore, plaintiff respectfully prays that this court enter judgment: Granting plaintiff Jones a declaration that the acts and omissions described herein violated his rights under the Constitution and laws of the United States; (See Continuance Page)*

## V.  Continuance Statement Of Claim

Violated Plaintiff Jones Right's Under The 8th And 14th Amend. To The U.S. Const., Right From Cruel And Unusual Punishment And Due Process Of Law, Caused Plaintiff Jones Pain, Suffering, Physical Injury And Emotional Distress.

Defendant, Parrish, While Acting Under Color Of State Law In His Official Capacity As A Prison Assistant Warden, Plaintiff Sues In His Individual Capacity For Failure To Intervene While In A Position To Do In Seeking To Evaluate The Inhumane Living Conditions To Accommodate With Sanitation Procedure Violated Plaintiff Jones Right's Under The 8th And 14th Amend. To The U.S. Const., Right From Cruel And Unusual Punishment And Due Process Of Law, Caused Plaintiff Jones Pain, Suffering, Physical Injury And Emotional Distress.

Defendant, J. Carter, While Acting Under Color Of State Law In His Official Capacity As A Prison Major, Plaintiff Sues In His Individual Capacity For Failure To Intervene While In A Position To Do So In Seeking To Evaluate The Inhumane Living Conditions To Accommodate With Sanitation Procedure Violated Plaintiff Jones Right's Under The 8th And 14th Amend. To The U.S. Const., Right From Cruel And Unusual Punishment And Due Process Of Law, Caused Plaintiff Jones Pain, Suffering, Physical Injury And Emotional Distress.

## VI.     CONTINUANCE RELIEF REQUESTED

GRANTING PLAINTIFF JONES COMPENSATORY DAMAGES IN THE AMOUNT OF $150,000.00

AGAINST EACH DEFENDANT EACH JOINTLY AND SEVERALLY IN THEIR INDIVIDUAL CAPACITY;

GRANTING PLAINTIFF JONES PUNITIVE DAMAGES IN THE AMOUNT OF $100,000.00 AGAINST

EACH DEFENDANT JOINTLY AND SEVERALLY IN THEIR INDIVIDUAL CAPACITY;

GRANTING PLAINTIFF JONES NOMINAL DAMAGES IN THE AMOUNT OF $3,500.00;

GRANTING PLAINTIFF JONES COST OF LITIGATION;

GRANTING PLAINTIFF JONES MEDICAL EXPENSES OF CONFINEMENT;

PLAINTIFF SEEKS INJUNCTIVE RELIEF FOR AN ADEQUATE SANITATION

PROCEDURE TO FURTHER PREVENT INHUMANE LIVING CONDITIONS IN CONFINEMENT;

PLAINTIFF SEEKS ANY ADDITIONAL RELIEF THIS COURT DEEMS JUST

PROPER AND EQUITABLE.

ATTENTION: *The Prison Litigation Reform Act ("PLRA") does not*

*permit awards for punitive or compensatory damages "for mental or*

*emotional injury suffered while in custody without a prior showing of*

*physical injury or the commission of a sexual act . . . ." 42 U.S.C. §*

*1997e(e).*

## VII.   EXHAUSTION OF ADMINISTRATIVE REMEDIES

The PLRA requires that prisoners exhaust all available administrative

remedies *(grievance procedures)* before bringing a case.  42 U.S.C. §

1997e(a).  ATTENTION: *If you did not exhaust available remedies prior*

*to filing this case, this case may be dismissed.* (SEE CONTINUANCE PAGE)

## VIII.  PRIOR LITIGATION

ATTENTION: *The "three strikes rule" of the PLRA bars a prisoner from*

*bringing a case without full payment of the filing fee at the time of case*

*initiation if the prisoner has "on three or more prior occasions, while*

*incarcerated or detained in any facility, brought an action or appeal in a*

*court of the United States that was dismissed on the grounds that it is*

*frivolous, malicious, or fails to state a claim upon which relief may be*

*granted, unless the prisoner is under imminent danger of serious physical*

*injury." 28 U.S.C. § 1915(g).*

# VII. Exhaustion Of Administrative Remedy Continuance Page Exhibit "A"

Administrative Remedy

**INMATE REQUEST**

STATE OF FLORIDA
DEPARTMENT OF CORRECTIONS

Mail Number: _____
Team Number: ____ /
Institution: Ham. C.I. Annex

| TO:<br>(Check One) | ☐ Warden<br>☐ Asst. Warden | ☐ Classification<br>☐ Security | ☐ Medical<br>☐ Mental Health | ☐ Dental<br>☐ Other _____ |
|---|---|---|---|---|

| FROM: | Inmate Name<br>Dytrell Jones | DC Number<br>M75660 | Quarters<br>H-3106ᴸ | Job Assignment<br>A/C | Date<br>8/20/2020 |
|---|---|---|---|---|---|

**REQUEST**            Check here if this is an informal grievance ☒

This Grievance Is In Reference To The Condemn Conditions In Confinement I've Been Forced To
Live In. Mildew Rusted Sink Where The Water Comes From Has Got Me Sick, Rodent's And Insects
Run In And Out The Cells, The Windows Are Full Of Insects, Mildew And Other Undescribable
Bacteria, The Walls Are Indescribably Filthy And They Painted Over Mildew Gunked Walls.
Is Not Cleaning Anything That's Giving The Bacteria Leverage To Grow. Every Week The Warden
Major, And Assistant Warden Want To Do Inspection, Being Bias Toward The Inmates When
Concerns Are Addressed About The Inhumane Living Quarters When We Are'nt Wrong. And It
Initiates A Disturbance And The Retaliation Is Use Of Force By Chemical Agents And/Or The
Extraction Team. The Covid-19 Is A Deadly Sickness And Living In Such Conditions As
Described Would Contribute To Either Worsening The Sickness If Caught And/Or Create A
Even Worse Sickness. This Is A 8ᵀᴴ And 14ᵀᴴ U.S. Const. Violation

All requests will be handled in one of the following ways: 1) Written Information or 2) Personal Interview. All informal grievances will be responded to in writing.

Inmate (Signature): _____            DC#: M75660

**DO NOT WRITE BELOW THIS LINE**

**RESPONSE** AX Security 215-2008-0526            DATE RECEIVED: _____

OFFICE OF ASSISTANT WARDEN

Cleaning supplies are provided weekly. I encourage
you to utilize the cleanser given to clean and
sanitize your assigned cell. COVID 19 is very
serious and we are following CDC guidelines to protect
everyone. All areas of concern are being address

[The following pertains to informal grievances only:]
Based on the above information, your grievance is _____. (Returned, Denied, or Approved). If your informal grievance is denied, you have the right to submit a formal grievance in accordance with Chapter 33-103.006, F.A.C.]

| Official (Print Name): | Official (Signature): Lt Sham | Date: 8/24/20 |

Original: Inmate (plus one copy)
CC: Retained by official responding or if the response is to an informal grievance then forward to be placed in inmate's file
This form is also used to file informal grievances in accordance with Rule 33-103.005, Florida Administrative Code.

Informal Grievances and Inmate Requests will be responded to within 15 days, following receipt by staff.
You may obtain further administrative review of your complaint by obtaining form DC1-303, Request for Administrative Remedy or Appeal, completing the form as required by Rule 33-103.006, F.A.C., attaching a copy of your informal grievance and response, and forwarding your complaint to the warden or assistant warden no later than 15 days after the grievance is responded to. If the 15th day falls on a weekend or holiday, the due date shall be the next regular work day.

DC6-236 (Effective 11/18)            Incorporated by Reference in Rule 33-103.005, F.A.C.

A.  To the best of your knowledge, have you had any case dismissed for a

reason listed in § 1915(g) which counts as a "strike"?

☐ YES   ☒ NO

If you answered yes, identify the case number, date of dismissal and

court:

1.  Date: _____   Case #: _____

Court: _____

2.  Date: _____   Case #: _____

Court: _____

3.  Date: _____   Case #: _____

Court: _____

*(If necessary, list additional cases on an attached page)*

B.  Have you filed other lawsuits in either ***state or federal court*** dealing with

the same facts or issue involved in this case?

☒ YES   ☒ NO

If you answered yes, identify the case number, parties, date filed, result

*(if not still pending)*, name of judge, and court for each case *(if more*

*than one)*:

1.  Case #: _____   Parties: _____

Court: _____ Judge: _____

Date Filed: _____ Dismissal Date *(if not pending)*: _____

Reason: _____

2. Case #: _____ Parties: _____

Court: _____ Judge: _____

Date Filed: _____ Dismissal Date *(if not pending)*: _____

Reason: _____

C. Have you filed any other lawsuit in federal court either challenging your

conviction or otherwise relating to the conditions of your confinement?

☒ YES   ☐ NO

If you answered yes, identify all lawsuits:

1. Case #: DFLS116CV024786 Parties: FLORIDA DEPT. OF CORR., ET. AL.

Court: U.S. DIST. CT. S. FL. DIST. Judge: PATRICK A. WHITE

Date Filed: 11/8/2016 Dismissal Date *(if not pending)*: 3/28/2017

Reason: SETTLEMENT ENTERED CRUEL AND UNUSUAL PUNISHMENT, DUE PROCESS VIOLATION

2. Case #: DFLS917CV081046 Parties: B. JEFFERSON, ET AL.

Court: U.S. DIST. CT. S. FL. DIST. Judge: PATRICK A. WHITE

Date Filed: 11/9/2017 Dismissal Date *(if not pending)*: 9/2018

Reason: SETTLEMENT ENTERED CRUEL AND UNUSUAL PUNISHMENT, DUE PROCESS VIOLATION

3. Case #: _____ Parties: _____

NDFL Pro Se 14 (Rev 12/16) Civil Rights Complaint Prisoner
Clerk Admin/Official/Forms

10

Court: _____ Judge: _____

Date Filed: _____ Dismissal Date *(if not pending)*: _____

Reason: _____

4. Case #: _____ Parties: _____

   Court: _____ Judge: _____

   Date Filed: _____ Dismissal Date *(if not pending)*: _____

   Reason: _____

5. Case #: _____ Parties: _____

   Court: _____ Judge: _____

   Date Filed: _____ Dismissal Date *(if not pending)*: _____

   Reason: _____

6. Case #: _____ Parties: _____

   Court: _____ Judge: _____

   Date Filed: _____ Dismissal Date *(if not pending)*: _____

   Reason: _____

   *(Attach additional pages as necessary to list all cases.* **Failure to disclose all prior cases may result in the dismissal of this case.)**

## IX. CERTIFICATION

I declare under penalty of perjury that the foregoing (including all continuation pages) is true and correct. Additionally, as required by Federal

Rule of Civil Procedure 11, I certify that to the best of my knowledge, information, and belief, this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a non-frivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to timely notify the Clerk's Office if there is any change to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date: 11/4/2020 Plaintiff's Signature: _____

Printed Name of Plaintiff: DYTRELL JONES _____

Correctional Institution: HAMILTON CORRECTIONAL INSTITUTION, ANNEX

Address: 10650 SW 46 STREET _____

JASPER, FL. 32052 _____

**I certify and declare, under penalty of perjury, that this complaint was (check one) ☒ delivered to prison officials for mailing or ☐ deposited in**

the prison's mail system for mailing on the ___4___ day of _NOVEMBER___ ,

20 _20_ .


Signature of Incarcerated Plaintiff: _____



MAILED FROM
A STATE
CORRECTIONAL INSTITUTION

US POSTAGE >> PITNEY BOWES

$ 003.40°

ZIP 32052
04 4W
0000358963 NOV 04 2020

Dytrell Jones N75000
Hamilton C.I. Annex
10650 SW 46 Street
Jasper, FL 32052

Clerk, U.S. District Court
111 N. Adams Street
Tallahassee, FL 32301-7730

CHECKED NOV 12 2020

LEGAL MAIL