# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA TALLAHASSEE DIVISION

**DYTRELL JONES,**

    **Plaintiff,**

**v.**                                                               Case No. 4:20-cv-535-AW-MAF

**MAJOR J. CARTER, et al.,**

    **Defendants.**

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

I have considered the magistrate judge's January 15, 2021 report and recommendation, ECF No. 16, to which no objections have been filed. The report and recommendation concludes transfer to the Middle District is appropriate, and I agree.

The report and recommendation (ECF No. 16) is adopted and incorporated into this order. The clerk will take necessary steps to transfer this case to the United States District Court for the Middle District of Florida, Jacksonville Division. The clerk will then close the file.

SO ORDERED on February 23, 2021.

                                              s/ *Allen Winsor*  
                                              United States District Judge